**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6969**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STACY COLE JUSTICE, a/k/a Stacey Cole Justice,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Anderson. G. Ross Anderson, Jr., District Judge. (CR-96-1020)

---

Submitted:  January 18, 2001        Decided:  January 24, 2001

---

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Stacy Cole Justice, Appellant Pro Se. E. Jean Howard, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Stacy Cole Justice appeals the district court's order denying his motion to inspect grand jury minutes. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Justice, No. CR-96-1020 (D.S.C. May 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2